NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARENA IP, LLC,**
*Plaintiff-Appellant*

**v.**

**NEW ENGLAND PATRIOTS LLC,**
*Defendant-Appellee*

---

2024-1750

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:23-cv-13006-MJJ, Judge Myong J. Joun.

---

**JUDGMENT**

---

WILLIAM PETERSON RAMEY, III, Ramey LLP, Houston, TX, argued for plaintiff-appellant.

ALAN BILLHARZ, Paul Hastings LLP, Washington, DC, argued for defendant-appellee. Also represented by ERIC E. LANCASTER, LISA K. NGUYEN, Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE and STOLL, *Circuit Judges,* and CHUN, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable John H. Chun, District Judge, United States District Court for the Western District of Washington, sitting by designation.